## Dorothy Stevenson Clark, Appellant, v. Tribune Company, Appellee.

Gen. No. 46,875. 

First District, Third Division.

September 26, 1956.

Released for publication November 8, 1956.

 Herldon H. Bowen, and Vincent A. Theisen, for appellant; Kirkland, Fleming, Greene, Martin & Ellis, for appellee; Howard Ellis, John B. Martineau, and Don H. Reuben, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.